JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SELTZER,<br><br>     Plaintiff,<br><br>vs.<br><br>WILLIAMS AND RIVERA LITIGATION GROUP, LLC, and DOES 1-10, Inclusive,<br><br>     Defendants. | CASE NO. 8:17-CV-00470-CJC (DFM)<br><br>ORDER TO DISMISS WITH PREJUDICE |

  Plaintiff William Seltzer, by counsel, and Defendant Williams and Rivera Litigation Group, LLC, by counsel, having filed their Stipulation of Dismissal with Prejudice Between Plaintiff and Defendants, AND THE COURT, having been duly advised, NOW FIND that the same should be granted.

  IT IS, THEREFORE, ORDERED, that all claims of Plaintiff that were or could have been asserted in the current lawsuit against Defendant Williams and Rivera Litigation Group, LLC, are dismissed, with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Date: September 25, 2017

                   Honorable Cormac J. Carney
                   United States District Judge